UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

STEVEN ALLEN McGEE,

    Plaintiff,

v.

UNITED STATES OF AMERICA,

    Defendant.

_____/

HONORABLE PAUL L. MALONEY

Case No. 1:08-cv-154

## ORDER GRANTING IN PART AND DENYING IN PART PLAINTIFF'S MOTION FOR COPIES

This matter is before the Court on the plaintiff's motion to provide plaintiff with copies of judicial decisions cited in the court's judgment and opinion at [Dct's 88, 89, & 90] as well as the magistrate's report and recommendation (Dkt. #103). In the interest of justice, the Court will provide the plaintiff with some, but not all of, the requested copies. Accordingly,

**IT IS HEREBY ORDERED** that the plaintiff's motion to provide plaintiff with copies of judicial decisions cited in the court's judgment and opinion at [Dct's 88, 89, & 90] as well as the magistrate's report and recommendation (Dkt. #103) is **GRANTED IN PART AND DENIED IN PART**. This Court's case manager shall provide copies of the following opinions cited in the Court's Opinion and Order (Dkt. #88) to the Clerk of Court for mailing to the plaintiff:

1. *Paulus v. Light*, No. 96-2355, 121 F.3d 709, 1997 WL 461498, *1 (6th Cir. Aug. 12, 1997)
2. *Johnston v. Sanders*, 86 F. App'x 909, 912 (6th Cir. 2004)
3. *Bradshaw v. Jayaraman,* No. 98-6710, 205 F.3d 1339, 1999 WL 1206870, *2 (6th Cir. Dec. 9, 1999)
4. *Campbell v. Putnam*, 38 F. App'x 298, 300 (6th Cir. 2002)

5. *Goree v. Painter*, No. 99-5993, 234 F.3d 1268, 2000 WL 1679427, *1 (6th Cir. Oct. 31, 2000)
6. *Harper v. Jackson*, 293 F. App'x 389 (6th Cir. 2008)
7. *Smiles v. City of Grand Rapids*, 2008 WL 5071723, *3 (W.D. Mich. Nov. 24, 2008)
8. *Micklin v. Goodell*, 2008 WL 58985,*3 (W.D. Mich. Jan. 3, 2008)
9. *Smith v. Konteh*, No. 1:2005-cv-494, 2009 WL ___, *__ (W.D. Mich. Mar. 23, 2009)

No further copies of opinions shall be provided to the plaintiff.


Date:  March 29, 2010                                            /s/ Paul L. Maloney
                                                                          Paul L. Maloney
                                                                          Chief United States District Judge